9:03        ••| LTE ⬜·

🔒 gab.com

A confirmation message was sent to you    **Resend Confirmation**

**‹ Status**

💬 Bangin' in Sangin commented on this gab

 **MaggMountains** @maggmountains   •••
Feb 13 · 🎂 · Edited

The FBI and criminal justice system is going to regret failing me the moment my book hits the market.

I'm publishing 200 pages of evidence to take down the man who attacked me. I lived with him for a year, he attacked me with a knife and gun. When he was in jail, I read his journals and learned about all of the women and children he's raped.

I'm lucky to not have been injured. I'm lucky to be alive. I've taken every legal avenue. No one believed me.

Maybe they will after I expose ALL of them with hard evidence. My attacker. The judge. The FBI.

