IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONNOR THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:22-cv-00094 |
| | ) | |
| MAGGIE LEE STEPHENS, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE |
| Defendant. | ) | HOLMES |

**ORDER**

This case is **REFERRED** to the Magistrate Judge for customized case management in accordance with Local Rule 16.01 and 28 U.S.C. § 636(b)(1)(A). Lead counsel for the parties shall attend the initial case management conference.

The parties shall be prepared to engage in a discussion with the Magistrate Judge during the initial case management conference concerning: (1) the substantive factual and legal issues presented, either on or off the record as the Magistrate Judge determines, such that the parties and the Magistrate Judge can have a realistic discussion of the progression of this case and possible issues preventing settlement; and (2) whether any early dispositive motions are anticipated and whether amendments may eliminate the need for such motions. Counsel for the parties are expected to have reviewed the Court's Practice and Procedure Manual and to pattern the proposed Initial Case Management Order after the sample Initial Case Management Order provided on the Court's website. The parties are encouraged to consider the Alternative Dispute Resolution options provided in Local Rule 16.02 through 16.05.

This case shall be set for trial upon completion of the initial case management conference by order of the District Court in accordance with the procedures of Local Rule 16.01.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE