IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONNOR THOMPSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:22-cv-00094 |
| | ) | |
| MAGGIE LEE STEPHENS, | ) | |
|     Defendant. | ) | |

## AGREED ORDER OF DISMISSAL AND MUTUAL RESTRAINING ORDER

Upon settlement of this matter, as evidenced by the signature of counsel below, the parties hereby agree to dismiss all matters pending in this case with prejudice. Each party shall be permanently and mutually restrained and enjoined from coming around the other, communicating with the other directly or indirectly (except through counsel), or having third parties contact or communicate with the other. In the event the parties are in the same place at the same time, the parties are not to communicate with the other or come within 100 feet of the other. Court costs are taxed to the Plaintiff, for which execution may issue.

It is therefore, **ORDERED, ADJUDGED, AND DECREED** that this matter is hereby dismissed with prejudice.

It is further, **ORDERED, ADJUDGED, AND DECREED** that each party shall be permanently and mutually restrained and enjoined from coming around the other, communicating with the other directly or indirectly (except through counsel), or having third parties contact or communicate with the other. In the event the parties are in the same place at the same time, the parties are not to communicate with the other or come within 100 feet of the other. It is further, **ORDERED, ADJUDGED, AND DECREED** that court costs are taxed to the Plaintiff, for which execution may issue.

**IT IS SO ORDERED.**

                                                  WILLIAM L. CAMPBELL, JR.
                                                  UNITED STATES DISTRICT JUDGE

Approved for entry:

/s/ Nathan Colburn
Nathan Colburn, Esq. #028488
Richards & Colburn Law Group
801 Rep. John Lewis Way S, Suite 201
Nashville, Tennessee 37203
Office: 615-255-1212
Fax: 615-255-9199
nc@rc-lawgroup.com
Attorney for Defendant


/s/ Andrew Goldstein (with permission by BPR # 028488)
Andrew Goldstein, #037042
Paul E. Tennison, #036956
Cole Law Group
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
615-326-9059
agoldstein@colelawgrouppc.com
ptennison@colelawgrouppc.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

       I, Nathan Colburn, do hereby certify that a true and exact copy of the foregoing was sent via email, CM/ECF, or US Mail, postage prepaid, to:

Andrew Goldstein, Esq.
Paul E. Tennison, Esq.
Cole Law Group, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027

On this the 19th day of September, 2022.

                                                    /s/ Nathan Colburn
                                                    Nathan Colburn