# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CONNOR THOMPSON,** | ) |
| Plaintiff, | ) NO. 3:22-cv-00094 |
| v. | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| **MAGGIE LEE STEPHENS,** | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Parties Joint Motion for Entry of Mutual Restraining Order (Doc. No. 23) and supporting memorandum of law (Doc. No. 24). The Parties have also filed a Joint Stipulation of Dismissal. (Doc. No. 25).

It is evident from these filings that the parties have agreed to dismiss all matters in this case with prejudice. Pursuant to the parties compromise and settlement and to prevent recurrence of disputes between the parties, the parties seek a mutual restraining order enjoining them from coming within 100 feet of each other, and from communicating with one another directly or indirectly (except through counsel), or using third parties to communicate with the other.

The Motion for Mutual Restraining Order (Doc. No. 23) is **GRANTED**. The parties are hereby enjoined from coming within 100 feet of each other, and from communicating with one another directly or indirectly (except through counsel), or using third parties to communicate with the other. Pursuant to the Joint Stipulation of Dismissal (Doc. No. 25), this matter is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii). The

Parties agree that Court costs will be taxed to Plaintiff, and each party will otherwise bear their own expenses and fees.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE